UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**OCCUPY PENSACOLA, GARY PAULL, JR., SARA J. BEARD, and MICHAEL B. KIMBERL,**

    **Plaintiffs**

v.            **CASE N0.: 3:11-CV-00571-RV-EMT**

**CITY OF PENSACOLA,**

    **Defendant.**
_____/

## PLAINTIFFS' ATTORNEY'S TIME SUMMARY

Plaintiffs, pursuant to Fla.Loc.R. 54.1(B), file this summary of attorney's time expended in this action through December 31, 2011.

  **TOTAL ATTORNEY HOURS**    60.9 hours

  **TOTAL NON-ATTORNEY HOURS**  0.0 hours

Counsel for Plaintiffs has filed with the Court complete and accurate records of the above referenced time to the nearest one-tenth of an hour, which is submitted with the electronic record under seal.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 10th day of January, 2012, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following attorney for Defendant: James M. Messer, Esquire, as Interim City Attorney, Pensacola, Florida, Office of the City Attorney, 222 W. Main Street - 7th Floor, Pensacola, Florida 32521

/s/ J. Alistair McKenzie
J. Alistair McKenzie
Florida Bar No.  0091849
**McKenzie, Hall & De La Piedra, P.A.**
905 E. Hatton St.
Pensacola, Florida 32503-3931
Telephone: (850) 432-2856
Facsimile: (850) 202-2012
Email: amckenzie@mckenzielawfirm.com
Attorney for Plaintiffs