UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

OCCUPY PENSACOLA, GARY PAULL, JR.,
SARA J. BEARD, MICHAEL B. KIMBERL,

    Plaintiffs,

vs.                                Case No. 3:11-CV-00571-RV-EMT

CITY OF PENSACOLA,

    Defendant.
_____/

## DEFENDANT'S ATTORNEY'S TIME SUMMARY

Defendant, pursuant to Fla.Loc.R.54.1(B) files this summary of attorney's time expended in this action through December 30, 2011.

Attorney Hours: 19.1

Counsel for Defendant has filed with the Court complete and accurate records of the above-referenced time to the nearest one-tenth of an hour, which is submitted with the electronic record under seal.

                                        /s/ James M. Messer
                                        JAMES M. MESSER
                                        City Attorney
                                        Pensacola, Florida
                                        Florida Bar No. 0655880

Office of City Attorney
222 W. Main Street – 7th Floor
P.O. Box 12910
Telephone (850) 435-1615
Fax No. (850) 595-1290
Email: jmesser@cityofpensacola.com
Counsel for Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 12, 2012, I electronically filed the foregoing Defendant City of Pensacola's Attorney's Time Summary with the Clerk of Court using the CM/ECF system which will send notification of such filing to attorney for Plaintiffs, J. Alistair McKenzie, Esquire, McKenzie, Hall & De La Piedra, P.A., 905 East Hatton Street, Pensacola, Florida 32503.

/s/ James M. Messer
JAMES M. MESSER
City Attorney
Florida Bar No. 0655880
Office of City Attorney
222 W. Main Street – 7th Floor
P.O. Box 12910
Pensacola, Florida 32521
Telephone (850) 435-1615
Fax No. (850) 595-1290
Email: jmesser@cityofpensacola.com
Counsel for Defendant